1  Cheryl L. O'Connor (SBN 173897)
   coconnor@jonesday.com
2  JONES DAY
   3161 Michelson Dr #800
3  Irvine, CA 92612
   T: 949.553.7505
4  F: 949.553.7539

5  Attorney for CallFire, Inc.

6  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
7

8  LYNN SLOVIN, an individual, on         No. 2:17-MC-00091 DMG (JEMx)
   her own behalf and on behalf of all
   others similarly situated,              **DECLARATION OF**
9                                          **JAGANNATHAN THINAKARAN**
                 Movants,                  **IN SUPPORT OF CALLFIRE,**
10                                         **INC.'S RESPONSE**
        v.
11                                         Originating Case: *Slovin v. SunRun,*
   CALLFIRE, INC., a California            *Inc.*, No. 4:15-cv-05340-YGR, before
12 corporation,                            the United States District Court for the
                                           Northern District of California
13               Respondent.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Declaration of TJ Thinakaran                 1                No. 2:17-MC-00091 DMG (JEMx)

JAGANNATHAN THINAKARAN HEREBY DECLARES:

1.     My name is Jagannathan ("TJ") Thinakaran. I am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of all of the facts set forth in this declaration and could testify thereto if called to do so, except where specifically stated otherwise.

2.     I am the Co-Founder and Chief Operating Officer of CallFire, Inc. I am responsible for the day-to-day operations of the company.

3.     CallFire has located the call records associated with Clean Energy Experts, LLC's cloud call center account. I understand there are approximately 4,600 individual calling campaigns. I understand CallFire received a subpoena requesting the call detail records associate with this account.

4.     There are two ways CallFire addresses this type of request. First, CallFire could run a database query exporting data associated with all calls made by the customer. Given the extremely large amount of data contained in this particular account, this method is not advisable. The query could take 80 hours to run and would require supervision by one or more senior developers to ensure that the integrity of CallFire's system is maintained. If there were any mistakes in the query, it would have to be ran again, taking another 80 hours. Moreover, the data would not necessarily be exported in a user-friendly manner.

5.     The second method is the one typically used to export call records. Every customer can log in to their cloud call center account and export a .csv file containing the call detail records for each and every campaign in their account history. CallFire can also access this portal for each account through logging in via admin credentials and has exported call records using this method. However, the number of campaigns in the account at issue is unusually high. The portal is not designed to be able to export campaign call records en masse. Each of the approximately 4,600 campaigns must be exported and downloaded individually. Even assuming an average of only 30 seconds per campaign, taking into account

the time to navigate to a particular campaign, click to export, wait for the file to download, and save the file in the desired location, the process would take upwards of 40 hours. The actual time could be much longer.

6. The burden either method would impose on CallFire is enormous and would seriously disrupt the day-to-day functioning of the company. Each member of our relatively small team has their own job to do, and CallFire cannot afford to pull any of them away from their jobs so that they can export a customer's call records.

7. CallFire is in no better position to provide these records than Clean Energy Experts. As stated in Paragraph 4, querying the database to retrieve call records, especially where the requested records are as voluminous as in this matter, is not a viable option. CallFire's user portal is designed so that customers have the ability to export and download all of the calling history for their accounts. This is the same data that CallFire would retrieve if it logged into the customer's account and exported the data itself.

8. **Certification**: Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August, 11, 2017        By: _____