# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-MC-00091 DMG (JEMx) | Date | April 3, 2018 |
| Title | Lynn Slovin v. CallFire, Inc. | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE LACK OF PROSECUTION**

There has been no Status Report in this proceeding since December 12, 2017, and no action. The Court understood that the proceeding would be dismissed 35 days after the Status Report. Accordingly, the Court will dismiss the proceeding for lack of prosecution under Rules 4(l) and (m) unless Plaintiffs show cause in writing on or before **April 12, 2018** why it should not be.

cc: All Parties

                                                                                                                                      :

Initials of Preparer      slo